WINNIE PIPELINE V. HARRINGTON

NO. 07-02-0508-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 6, 2005

______________________________

COVENANT HOSPITAL PLAINVIEW

FKA METHODIST HOSPITAL PLAINVIEW,

Appellant

v.

BRIAN CARTY,

Appellee _________________________________

FROM THE 242nd DISTRICT COURT OF HALE COUNTY;

NO. B31197-0011; HON. EDWARD B. NOBLES, PRESIDING

_______________________________

On Motion to Dismiss

_______________________________

Before QUINN, REAVIS and CAMPBELL, JJ.

The appellant, Covenant Hospital Plainview, fka Methodist Hospital Plainview, has moved the court, via letter sent by its counsel of record, to dismiss this appeal because the debts of Brian Carty, appellee, were discharged in bankruptcy.  Thus, the hospital allegedly cannot further prosecute its claim against him.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   

Brian Quinn

      Justice